IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
COLUMBUS DIVISION

TEMIKA WASHINGTON,                        *
                                          *
        Plaintiff,                        *
                                          *
v.                                        *        Case No.: 4:14-cv-261-CDL
                                          *
ATMOS ENERGY CORPORATION,                 *
                                          *
        Defendant.                        *

## STIPULATION OF DISMISSAL WITH PREJUDICE

Pursuant to F.R.C.P. 41(a)(1)(A)(ii) and F.R.C.P. 41(a)(1)(B), Plaintiff Temika Washington, by and through undersigned counsel, and with the consent of all parties to this case as evidenced by each's counsel's signatures which follow, and in the absence of any counterclaim, cross-claim, or third-party claim having been filed or remaining, herewith STIPULATE that the above-styled case is DISMISSED WITH PREJUDICE as to all parties and claims, past and present.

STIPULATED, this 09 day of _____June_____, 2015.

BENNETT AND CASTO, P.C.

By: _____
        Mark A. Casto
        Ga. Bar No.:   116148

P. O. Box 11
Columbus, Georgia   31902                 Attorneys for Plaintiff
706-327-7571


PAGE, SCRANTOM, SPROUSE,
TUCKER & FORD, P.C.

By: _____
        David A. Siegel
        Georgia Bar No. 645808

1111 Bay Avenue, Third Floor
Post Office Box 1199                       Attorney for Defendants
Columbus, GA 31902-1199
Telephone:   (706) 243-5613
Facsimile:   (706) 596-9992
E-mail: das@psstf.com

A0495-0011-35